**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JOSE ESPINDOLA PACHECO**                    **CIVIL ACTION NO. 26-0328**

                                              **SECTION P**
**VS.**
                                              **JUDGE S. MAURICE HICKS, JR.**

**SHAD RICE, ET AL.**                         **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Petitioner Jose Espindola Pacheco, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 20th day of April, 2026.


_____

Kayla Dye McClusky
United States Magistrate Judge